In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-12-00093-CV

_____

**JAMES TAYLOR, INDIVIDUALLY AS WRONGFUL DEATH
BENEFICIARY OF DORIS HAYNIE AND ON BEHALF OF THE ESTATE
OF DORIS HAYNIE, Appellant**

**V.**

**ACTAVIS, INC., ACTAVIS TOTOWA, LLC, ACTAVIS ELIZABETH,
LLC, MYLAN, INC., MYLAN PHARMACEUTICALS, INC., MYLAN
BERTEK PHARMACEUTICALS, INC. AND UDL LABORATORIES, INC.,
Appellees**

_____

**On Appeal from the 260th District Court
Orange County, Texas
Trial Cause No. D-090397HC**
_____

**MEMORANDUM OPINION**

The appellant, James Taylor, Individually as Wrongful Death Beneficiary of Doris

Haynie and on Behalf of The Estate of Doris Haynie, and the appellees, Actavis, Inc.,

Actavis Totowa, LLC, Actavis Elizabeth, LLC, Mylan, Inc., Mylan Pharmaceuticals,

Inc., Mylan Bertek Pharmaceuticals, Inc. and UDL Laboratories, Inc., filed a joint motion

1

to dismiss this appeal. The motion is voluntarily made by the parties prior to any decision of this Court. *See* Tex. R. App. P. 42.1. We grant the motion and dismiss the appeal.

APPEAL DISMISSED.

_____
DAVID GAULTNEY
Justice

Opinion Delivered March 28, 2013

Before Gaultney, Kreger, and Horton, JJ.